THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

A.H. LaRenzie Company, a Minnesota corporation,

Plaintiff,

vs.

Charter Communications, Inc., a Delaware corporation; and Cable Constructors, Inc., a Michigan corporation,

Defendants.

Court File No. 02-41 DWF/AJB

**STIPULATION AND ORDER TO EXTEND TIME TO MOVE, ANSWER OR OTHERWISE PLEAD**

**IT IS HEREBY STIPULATED,** by and between Plaintiff and Defendants, that Defendants' deadlines to move, answer or otherwise plead in response to the Amended Complaint are extended to and including June 20, 2002.

The parties agree that in entering into this Stipulation, all parties reserve all rights, including but not limited to defenses and objections as to venue, personal and/or subject matter jurisdiction and service, and entering into this Stipulation is subject to, and without waiver of, such defenses and objections.

STEINGART, McGRATH & MOORE, P.A.

Dated: 5/29/02, 2002

By T. Moore
Terrance W. Moore (194748)
4570 West 77th Street, Suite 100
Minneapolis, MN 55435
Telephone: 952-831-7100
Facsimile: 952-835-5959

**Attorneys for Plaintiffs**

848647-1

JUN 03 2002
[illegible] CLERK

RIDER, BENNETT, EGAN & ARUNDEL, LLP

Dated: May 29, 2002

By [signature]
Michael R. Docherty (16690X)
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
Telephone: 612 340-7951
Facsimile: 612-340-7900

**Attorneys for Defendant Cable Constructors, Inc.**

**GRAY, PLANT MOOTY, MOOTY & BENNETT, P.A.**

Dated: 5-29, 2002

By [signature]
Kathryn J. Bergstrom (218431)
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402-3796
Telephone: 612-343-2800
Facsimile: 612-333-0066

**Attorneys for Defendant Charter Communications, Inc.**

**ORDER**

**IT IS HEREBY ORDERED** that the deadlines for Defendants to move, answer or otherwise plead in response to the Complaint are extended to and including June 20, 2002.

Dated: 5/30, 2002

[signature]
Arthur J. Boylan, Magistrate Judge
United States District Court

*Featured Speakers Include:*

**District of Minnesota**

**Judge David S. Doty**

**Judge Donovan W. Frank**

**Judge Paul A. Magnuson**

**Judge Ann D. Montgomery**

**Judge John R. Tunheim**

**Chief Magistrate Judge Jonathan Lebedoff**

**Magistrate Judge Arthur J. Boylan**

**United States Bankruptcy Court**
**District of Minnesota**

**Judge Robert J. Kressel**

**Application Pending for 7.5 CLE Credits including 2 Ethics and 1 Bias Credit**

**The Minnesota Chapter of the Federal Bar Association**
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
PAID
Minneapolis, MN
Permit No. 2657

**MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION**

**In connection with
The Federal Judiciary**

# *28th Annual Federal Court Practice Seminar*

**June 19, 2002
8:00 am—5:15 pm**

**Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000**

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** ***Judge Ann D. Montgomery*** |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| 9:00-9:45 | **Current Issues in Employment Law,** ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office)***; **Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

## Seminar Registration

☐ Member $195.00

☐ Non-Member $225.00

Name ____________________

Firm/Employer ____________________

Address ____________________

____________________

____________________

Phone ____________________

E-Mail ____________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building