139825

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

A.H. LaRenzie Company, a Minnesota corporation,

Plaintiff,

vs.

Charter Communications, Inc., a Delaware corporation; and Cable Constructors, Inc., a Michigan corporation,

Defendants.

Court File No. 02-41 DWF/AJB

**MOTION FOR ADMISSION PRO HAC VICE**

**Affidavit of Movant**

I, Michael R. Docherty, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Brian W. Lewis, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this Court, who will be counsel for Defendant Cable Constructors, Inc., in the case listed above. I am aware that the local rules of this Court require that I participate in the preparation and presentation of the case listed above, and that I accept service of all papers served.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

Dated: June 10, 2002

By Michael R. Docherty
Michael R. Docherty (16690X)
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
Telephone: 612 340-7951
Facsimile: 612-340-7900

849531-2

FILED JUN 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**Affidavit of Proposed Admittee**

I, Brian W. Lewis, am currently a member in good standing of the U.S. District Court for the Northern, Central and Southern Districts of Illinois, as well as the U.S. District Court of the Northern District of Indiana, but not admitted to the bar of this Court. I understand that if this Court grants me admission pro hac vice the movant bringing this motion must participate in the preparation and presentation of the matter listed above, and must accept service of all papers served.

Dated: May 31, 2002

WILDMAN, HARROLD, ALLEN & DIXON

By [signature]
Brian W. Lewis Atty # 6190792
225 W. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: 312-201-2626
Facsimile: 312-201-2555

**Motion Granted:** [signature]
For the Court: Richard D. Sletten, Clerk AML

JUN 14 2002
Date

139825

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

A.H. LaRenzie Company, a Minnesota corporation,

Plaintiff,

vs.

Charter Communications, Inc., a Delaware corporation; and Cable Constructors, Inc., a Michigan corporation,

Defendants.

Court File No. 02-41 DWF/AJB

**MOTION FOR ADMISSION PRO HAC VICE**

**Affidavit of Movant**

I, Michael R. Docherty, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Elizabeth M. Keiley, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this Court, who will be counsel for Defendant Cable Constructors, Inc., in the case listed above. I am aware that the local rules of this Court require that I participate in the preparation and presentation of the case listed above, and that I accept service of all papers served.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

Dated: June 10, 2002

By Michael R. Docherty
Michael R. Docherty (16690X)
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
Telephone: 612 340-7951
Facsimile: 612-340-7900

849531-1

JUN 14 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**Affidavit of Proposed Admittee**

I, Elizabeth M. Keiley, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this Court. I understand that if this Court grants me admission pro hac vice the movant bringing this motion must participate in the preparation and presentation of the matter listed above, and must accept service of all papers served.

Dated: 6 / 1 , 2002

WILDMAN, HARROLD, ALLEN & DIXON

By: ______________________
Elizabeth M. Keiley (ATTY. IL) 6234675
225 W. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: 312-201-2626
Facsimile: 312-201-2555

**Motion Granted:** ______________________
For the Court: Richard D. Sletten, Clerk

JUN 14 2002
Date