THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

A.H. LaRenzie Company, a Minnesota corporation,

Plaintiff,

vs.

Charter Communications, Inc., a Delaware corporation; and Cable Constructors, Inc., a Michigan corporation,

Defendants.

Court File No. 02-41 DWF/AJB

**STIPULATED AMENDED PRETRIAL SCHEDULING ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall be commenced in time to be completed by June 2, 2003.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before October 15, 2002.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s): Identity of experts shall be disclosed on or before June 15, 2002. Expert reports shall be disclosed on or before February 3, 2003.

   b. By Defendant(s): Identity of experts shall be disclosed on or before January 15, 2003. Expert reports shall be disclosed on or before March 3, 2003.

   c. Rebuttal reports shall be due on or before April 1, 2003.

AUG 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. No more than fifty interrogatories [counted in accordance with Fed. R. Civ. R. 33(a)] shall be served by any party.

5. No more than ten depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than one expert deposition.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be served by May 15, 2002. Any motions to amend to allege punitive damages must be served by the discovery deadline date.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, June 2, 2003.

3. Prior to scheduling any non-dispositive motion, parties are encouraged to consider whether the motion, including motions relating to discovery and scheduling, can be informally resolved through telephone conference with the Magistrate Judge. To the extent that formal discovery motions will be filed, said motions should strictly comply with the provisions of Local Rules 7.1 and 37.1 and **shall be presented in a form that complies with Local Rule 37.2.**

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by August 1, 2003. (Counsel are advised that they must schedule this hearing by calling Calendar Clerk Lowell Lindquist, 651-848-1296.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for **Jury** trial on December 1, 2003, or upon resolution of any pending dispositive motions. Each party may call no more than one expert witness. Anticipated length of trial is five days.

STEINGART, McGRATH & MOORE, P.A.

Dated: 7-30, 2002

By /s/ T. Moore
Terrance W. Moore (194748)
4570 West 77th Street, Suite 100
Minneapolis, MN 55435
Telephone: 952-831-7100
Facsimile: 952-835-5959

**Attorneys for Plaintiff A.H. LaRenzie Company**

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.

Dated: 7-30, 2002

By /s/ Kathryn Bergstrom
Kathyrn J. Bergstrom (218431)
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
Telephone: 612 343-2823
Facsimile: 612-333-0066

**Attorneys for Defendant Charter Communications, Inc.**

RIDER, BENNETT, EGAN & ARUNDEL, LLP

Dated: July 30, 2002

By /s/ Michael R. Docherty
Michael R. Docherty (16690X)
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
Telephone: 612-340-7951
Facsimile: 612-340-7900

**and**

Brian W. Lewis
Elizabeth M. Keiley
WILDMAN, HARROLD, ALLEN & DIXON
225 West Wacker Drive, Suite 2700
Chicago, IL 60606

**Attorneys for Defendant Cable Constructors, Inc.**

**IT IS SO ORDERED.**

Dated: 8/1/, 2002

Arthur J. Boylan
United States Magistrate Judge

873066-1