**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

A.H. LARENZIE COMPANY, a Minnesota corporation,

Plaintiff,

v.

CHARTER COMMUNICATIONS, INC., a Delaware corporation, and CABLE CONSTRUCTORS, INC., a Michigan corporation,

Defendants.

Civil No. 02-41 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Terrance Moore, Esq., Steingart McGrath & Moore, 4570 77th Street, Suite 100, Minneapolis, MN 55435, counsel for Plaintiff.

Kathryn Bergstrom, Esq., Gray Plant Mooty Mooty & Bennett, 3400 City Center, 33 South 6th Street, Minneapolis, MN 55402, counsel for Defendant Charter Communications, Inc.

Michael Docherty, Esq., Rider Bennett Egan & Arundel, 2000 Metro Center, 333 South 7th Street, Minneapolis, MN 55402, and Brian Lewis, Esq., and Elizabeth Keiley, Esq., Wildman Harrold Allen & Dixon, 225 West Wacker Drive, Suite 3000, Chicago, IL 60606, counsel for Defendant Cable Constructors, Inc.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: March 20, 2003

DONOVAN W. FRANK
Judge of United States District Court

Filed MAR 2 0 2003
Richard D. Sletten, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________